**EPIC METALS CORPORATION, Plaintiff/Counterclaim Defendant–Appellee,**

**and**

**Donald H. LANDIS, Counterclaim Defendant–Appellee,**

**v.**

**Consolidated Systems, Inc., Tampa Bay Arena, Ltd., Huber, Hunt & Nichols, Inc., and Smi–Owen Steel Co., Inc., Defendants/Counterclaimants–Appellants.**

No. 04–1569.

United States Court of Appeals, Federal Circuit.

Dec. 23, 2004.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Eddie L. SPIGNER, Petitioner,**

**v.**

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 04–3395.

United States Court of Appeals, Federal Circuit.

Dec. 23, 2004.

ORDER

The order of dismissal and the mandate dated December 17, 2004 having been issued in error, the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.